UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

DAVID LEON WILLIAMS, )
)
      Plaintiff )
)
vs. ) Case No. 2:10-cv-02210-RBP
)
ANNE-MARIE ADAMS, )
)
      Defendant )

## MEMORANDUM OPINION

On December 22, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On December 28, 2011, plaintiff filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the plaintiff's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the defendant's Motion to Dismiss be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 3rd day of January, 2012.

/s/ Robert B. Propst

**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**